UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SARAH GRAHAM,

    Plaintiff,

v.                             Case No: 2:13-cv-72-FtM-38CM

SHERIFF MIKE SCOTT, as the
Sheriff in and for Lee County,
Florida, and BRIAN GARDNER,

    Defendants.

## ORDER

This matter comes before the Court upon review of Defendant Sheriff Mike Scott's Motion for Extension of Time (Doc. 62), filed on February 26, 2014. Defendant requests an extension of the deadline to disclose expert reports until April 19, 2014. Doc. 62 at 2. In support of the Motion, Defendant notes that the doctor scheduled to perform an independent compulsory medical examination previously set for Wednesday, February 12, 2014 has informed Defendant that he is no longer able to complete the exam on that date. Doc. 62 at 1. Defendant has re-noticed the medical examination for March 25, 2014 (Doc. 61).

Though Defendant certifies in his Motion that he attempted but was unable to confer with Plaintiff's counsel regarding the requested relief, Defendant represents that "[t]he parties have coordinated a mutually agreeable date for the independent psychological examination by Dr. Schaerf for March 25, 2014." Doc. 62 at 2. The Court will accept Defendant's representation that the date was agreed-upon by the

parties, and therefore presumes Plaintiff's counsel has implicitly consented to the extension of deadlines related to the examination.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant Sheriff Mike Scott's Motion for Extension of Time (Doc. 62) is **GRANTED**.

2. The Defendant's deadline to disclose expert reports is extended to April 19, 2014. All other deadlines remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on the 28th day of February, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record