UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SARAH GRAHAM,

    Plaintiff,

v.                                            Case No:   2:13-cv-72-FtM-38CM

MIKE SCOTT and BRIAN
GARDNER,

    Defendants.
_____/

**ORDER**[1]

    This matter comes before the Court on Stipulation of Dismissal as to Defendants (Doc. #66) filed on April 8, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)     A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)    A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

    In this instance, the Parties indicate "that the difference between them have been completely resolved to their mutual satisfaction." (Doc. #66). Therefore, the Parties move

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink.Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

for this matter to be dismissed with prejudice as to Defendants and that each party bears their own costs and attorney's fees. Both Parties have signed the notice. Therefore, this matter is due to be dismissed pursuant to Rule 41(a)(1)(A)(ii).

Accordingly, it is now

**ORDERED:**

1. This cause is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to **CLOSE** the case, terminate any pending motions and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of April, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record